Gilbert W. LEHENBAUER

v.

UNITED STATES of America.

No. 5322.

United States Court of Appeals
Tenth Circuit.

June 8, 1956.

Edward C. Hastings, Eads, Colo., and James W. Wallace, Scott City, Kan., for appellant.

H. Brian Holland, Asst. Atty. Gen., and Joseph M. Howard, Atty., Department of Justice, Washington, D. C., and Donald E. Kelley, U. S. Atty., and Robert Swanson, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge.

PER CURIAM.

Dismissed on motion of appellant.

ARCHER–DANIELS–MIDLAND COM-
PANY, a Corporation,
Appellant,

v.

UNITED STATES of America.

No. 15562.

United States Court of Appeals
Eighth Circuit.

June 19, 1956.

Doherty, Rumble & Butler, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion appellant.

Louise NOEL, Petitioner,

v.

COMMISSIONER OF INTERNAL
REVENUE.

No. 15504.

United States Court of Appeals
Eighth Circuit.

June 8, 1956.

Gilbert Weiss, St. Louis, Mo., for petitioner.

Charles K. Rice, Asst. Atty. Gen., and John Potts Barnes, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States dismissed, on stipulation of parties.

Gilbert W. LEHENBAUER

v.

UNITED STATES of America.

No. 5323.

United States Court of Appeals
Tenth Circuit.

June 8, 1956.

Edward C. Hastings, Eads, Colo., and James W. Wallace, Scott City, Kan., for appellant.

H. Brian Holland, Asst. Atty. Gen., and Joseph M. Howard, Atty., Department of Justice, Washington, D. C., and Donald E. Kelley, U. S. Atty., and Robert Swanson, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge.

PER CURIAM.

Dismissed on motion of appellant.